UNITED STATES of America, Plaintiff–Appellee,

v.

Javier CABRALES–LOPEZ, Defendant–Appellant.

No. 01–51141.
Conference Calendar

United States Court of Appeals, Fifth Circuit.

Aug. 20, 2003.

Joseph H. Gay, Jr., Assistant US Attorney, US Attorney's Office, San Antonio, TX, for Plaintiff-Appellee.

Gerald R. Lopez, Odessa, TX, for Defendant-Appellant.

Before JONES, WIENER, and BENAVIDES, Circuit Judges.

PER CURIAM.*

Javier Cabrales–Lopez appeals the 77–month sentence imposed following his

guilty-plea conviction of one count of being found in the United States after deportation, a violation of 8 U.S.C. § 1326. He contends that the felony conviction that resulted in his increased sentence under 8 U.S.C. § 1326(b)(2) was an element of the offense that should have been charged in the indictment. Cabrales–Lopez's argument is foreclosed by *Almendarez–Torres v. United States*, 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998); *see also United States v. Dabeit*, 231 F.3d 979, 984 (5th Cir.2000). Accordingly, the judgment of the district court is AFFIRMED.

The Government has moved for a summary affirmance in lieu of filing an appellee's brief. In its motion, the Government asks that the judgment of the district court be affirmed and that an appellee's brief not be required. The motion is GRANTED.

AFFIRMED; MOTION GRANTED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.